**DISMISS and Opinion Filed June 21, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-01107-CV

### VERSAILLES DALLAS, INC., Appellant
### V.
### JORDAN ZITOUN AND ERIN ZITOUN, Appellees

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-15106**

## MEMORANDUM OPINION

Before Justices Schenck, Reichek, and Carlyle
Opinion by Justice Schenck

Stating they have reached an agreement resolving all of their differences, the

parties have filed a joint motion to dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(2).

We grant the motion and dismiss the appeal. *See id.*

/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

201107F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

VERSAILLES DALLAS, INC.,
Appellant

No. 05-20-01107-CV       V.

JORDAN ZITOUN AND ERIN
ZITOUN, Appellees

On Appeal from the 68th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-18-15106.
Opinion delivered by Justice
Schenck, Justices Reichek and
Carlyle participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Subject to any agreement among the parties, we **ORDER** that appellees Jordan Zitoun and Erin Zitoun recover their costs, if any, of this appeal from appellant Versailles Dallas, Inc.

Judgment entered June 21, 2021.